**Electronically Filed
Supreme Court
SCOT-19-0000110
03-APR-2019
02:23 PM**

SCOT-19-0000110

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

LUKE J. WARNER, Petitioner,

vs

STATE OF HAWAI'I, Respondent.

ORIGINAL PROCEEDING
(CAAP-19-0000034; S.P.P. NO. 18-1-000004)

ORDER DENYING "SUPREME COURT APPEAL AND MOTION FOR INJUNCTIVE RELIEF SUPPLEMENT AND ADDENDUM WITH EXHIBITS 1-20"
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Upon consideration of petitioner Luke J. Warner's document entitled, "Supreme Court Appeal and Motion for Injunctive Relief Supplement and Addendum with Exhibits 1-20," filed on March 12, 2019, the documents attached thereto and submitted in support thereof, and the record, it appears that petitioner has alternative means to seek the requested relief and fails to demonstrate that this court is the appropriate forum for which to seek such relief. Accordingly,

IT IS HEREBY ORDERED that the "Supreme Court Appeal and Motion for Injunctive Relief Supplement and Addendum with Exhibits 1-20" is denied.

DATED: Honolulu, Hawai'i, April 3, 2019.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

